

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/10/2022

U.S. Department of Justice

United States Attorney
Southern District of New York

86 Chambers Street
New York, New York 10007

May 6, 2022

**By ECF**
The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

     Re:    *Alabeli, et al. v. United States of America, et al.*, No. 22 Civ. 2062 (AT)

Dear Judge Torres:

     This Office represents Defendants the United States of America and the United States Department of Agriculture in the above-referenced action brought by Plaintiffs Nishwan Ali Alabeli and Big Famous 1 Deli & Grocery Inc. to enjoin and restrain Defendants from temporarily disqualifying Plaintiffs, for a period of six months, from the Supplemental Nutrition Assistance Program ("SNAP"). On March 31, 2022, the Court entered a Stipulation and Order staying Plaintiffs' disqualification from the SNAP until final disposition of this action. *See* Dkt. No. 10. Since the Court's entry of the Stipulation and Order, the parties have been discussing the possibility of resolving this action through settlement.

     I write respectfully to request that the Court stay all future deadlines, including the May 10 deadline to submit a joint letter and proposed Case Management Plan and Scheduling Order, *see* Dkt. No. 6, as well as the May 10 deadline to inform the Court whether the parties consent to proceed before the assigned Magistrate Judge, *see* Dkt. No. 7, and order the parties to submit a joint status update every 30 days regarding the status of settlement discussions. Such a stay would allow the parties additional time to resolve this action without further litigation. Neither party has previously sought an extension or stay of any deadlines in this action, and Plaintiffs join in this request.

     I thank the Court for its consideration of this matter.

DENIED. By **May 17, 2022**, the parties shall submit their
joint letter and proposed case management plan and inform
the Court whether they consent to proceed before a
Magistrate Judge.

SO ORDERED.

Dated: May 10, 2022
       New York, New York

ANALISA TORRES
United States District Judge